# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ASHLEY SMITH

NO. 2021 KW 1495

**FEBRUARY 14, 2022**

---

In Re:   Ashley Smith, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 383,138.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> **PMc**
> **JEW**
> **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT